1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF WASHINGTON
8
9  IN RE:                                )
                                          )  No. MC-05-0039-CI
10 CARPENTERS HEALTH & SECURITY          )
   TRUST OF WESTERN WASHINGTON,          )  ORDER GRANTING PLAINTIFF'S
11 CARPENTERS RETIREMENT TRUST,          )  MOTION FOR VOLUNTARY
   CARPENTERS-EMPLOYERS VACATION         )  DISMISSAL OF GARNISHMENT
12 TRUST, CARPENTERS-EMPLOYERS           )  PROCEEDINGS
   APPRENTICESHIP & TRAINING TRUST       )
13 and PACIFIC NORTHWEST REGIONAL        )
   COUNCIL OF CARPENTERS,                )
14                                        )
          Plaintiffs,                    )
15                                        )
   v.                                    )
16                                        )
   YAKIMA ACOUSTICAL, INC., a            )
17 Washington corporation,               )
                                          )
18        Defendant,                     )
                                          )
19 and                                   )
                                          )
20 U.S. BANK,                            )
                                          )
21        Garnishee.                     )

     BEFORE THE COURT is Plaintiffs' Motion for Voluntary Dismissal
22
   of Garnishment Proceedings against Defendant Yakima Acoustical,
23
   Inc., and against Garnishee U.S. Bank, pursuant to FED. R. CIV. P.
24
   41(a)(2).  **(Ct. Rec. 10.)**  Notice of Hearing on the Motion was sent
25
   by the court on January 30, 2009.  (Ct. Rec. 11.)  Neither Defendant
26
   nor Garnishee have objected to dismissal.  Accordingly, the Motion
27
28

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL OF GARNISHMENT PROCEEDINGS - 1

1 **(Ct. Rec. 10)** is **GRANTED.**

2   **IT IS SO ORDERED.**  The District Court Executive is directed to
3 file this Order and provide a copy to Defendant and Garnishee and
4 counsel for Plaintiff.  The file shall be **CLOSED.**
5   DATED March 10, 2009.

7               S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL OF GARNISHMENT PROCEEDINGS - 2